**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and EDWARD BROWN, Revenue Agent,** <br><br> **Petitioners,** <br><br> v. <br><br> **SAMUEL OROZCO and ELIZABETH OROZCO** <br><br> **Respondents.** | **NO. C-05-5365 SBA** <br><br> **ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL <u>REVENUE SERVICE SUMMONS</u>** <br><br> [Docket No. 1] |

Good cause having been shown by the petitioners upon their petition [Docket No. 1] filed in the above-entitled proceeding on December 27, 2005, it is hereby:

**ORDERED** that respondents Samuel Orozco and Elizabeth Orozco appear before this Court, at Courtroom 3 of the United States District Court, 1301 Clay Street, Oakland, California, on **<u>March 14, 2006 at 1:00 p.m.</u>**, to show cause, if any, why they should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon them as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondents in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

| | |
|---|---|
| 1 | **ORDERED** that within twenty-one (21) days before the return date of this Order, respondents |
| 2 | may file and serve a written response to the petition, supported by appropriate affidavit(s) or |
| 3 | declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion they desire to make, that |
| 4 | the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days |
| 5 | before the return date of this Order; that all motions and issues raised by the pleadings will be |
| 6 | considered on the return date of this Order, and only those issues raised by motion or brought into |
| 7 | controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be |
| 8 | considered at the return of this Order, and any uncontested allegation in the petition will be considered |
| 9 | admitted. |
| 10 | **ORDERED** this ___23RD___ day of __JANUARY___, 2006, at Oakland, California. |

*Saundra B Armstrong*
**UNITED STATES DISTRICT JUDGE**

**ORD. TO SHOW CAUSE RE ENF.**
**OF IRS SUMMONS**                              2