KEVIN V. RYAN **(California State Bar No. 118321)**
United States Attorney
JAY R. WEILL **(California State Bar No. 75434)**
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-7017
Fax:              (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and EDWARD T. BROWN, Revenue Agent,**  Petitioners,  v.  **SAMUEL OROZCO and ELIZABETH OROZCO,**  Respondents. | NO.  C-05-5365-SBA  **APPLICATION TO DISMISS VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES** |

The United States of America dismisses the Petition To Enforce filed on December 27, 2005 because the respondents have complied with the summonses.

KEVIN V. RYAN
United States Attorney

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

SO ORDERED:

DATED: 2/13/06

SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE